UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

KIMBERLY A. WILLIAMS,

        Plaintiff,

  v.                                      Case No. 08-CV-329

MICHAEL J. ASTRUE,

        Defendant.

_____

## ORDER

On April 18, 2008, plaintiff Kimberly A. Williams ("Williams") filed a complaint seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Williams's application for Social Security Disability Insurance Benefits and Supplemental Security Income. The parties have filed a joint motion to remand this case for further proceedings pursuant to 42 U.S.C. § 405(g).

Under 42 U.S.C. § 405(g), the Commissioner may move, before answering a Social Security complaint and for good cause, to remand a case for further proceedings. Here, the Commissioner seeks to set aside the Administrative Law Judge's decision in this case and reevaluate Williams's application for benefits in light of subsequent applications for benefits filed by Williams. The court will remand this case to the Commissioner for further proceedings.

Accordingly,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

KIMBERLY A. WILLIAMS,

        Plaintiff,

  v.                                      Case No. 08-CV-329

MICHAEL J. ASTRUE,

        Defendant.

_____

## ORDER

On April 18, 2008, plaintiff Kimberly A. Williams ("Williams") filed a complaint seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Williams's application for Social Security Disability Insurance Benefits and Supplemental Security Income. The parties have filed a joint motion to remand this case for further proceedings pursuant to 42 U.S.C. § 405(g).

Under 42 U.S.C. § 405(g), the Commissioner may move, before answering a Social Security complaint and for good cause, to remand a case for further proceedings. Here, the Commissioner seeks to set aside the Administrative Law Judge's decision in this case and reevaluate Williams's application for benefits in light of subsequent applications for benefits filed by Williams. The court will remand this case to the Commissioner for further proceedings.

Accordingly,

**IT IS ORDERED** that the parties' joint motion to remand (Docket #22) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Social Security Administration for further proceedings.

The Clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge